UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

DOCKET#_____

U.S. DISTRICT COURT
WEST DIST. OF WISCONSIN

MAY 2 3 2008

FILED
THERESA M. OWENS, CLERK
CASE#_____

WISCONSIN ELECTRICAL EMPLOYEES
BENEFIT FUNDS and DEAN LICHT
and LOYAL O'LEARY,
in their capacity as Trustees of THE FUNDS,

    Plaintiffs,

    vs.    Case No. 08-C-0085C

DAN NOVAK ELECTRIC, LLC,

    Defendant.

ENTRY OF DEFAULT OF
DEFENDANT DAN NOVAK ELECTRIC, LLC

The Clerk of Court for the U.S. District Court for the Western District of Wisconsin having noted that the defendant in the above-captioned matter, Dan Novak Electric, LLC, has failed to plead or otherwise defend as provided under the Federal Rules of Civil Procedure, and that fact having been made to appear by the affidavit of the attorney for the plaintiffs;

The Clerk hereby enters the default of defendant Dan Novak Electric, LLC pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated this 22nd day of May, 2008.

_____
Clerk of Court

REINHART\2317584