UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

WISCONSIN ELECTRICAL EMPLOYEES
BENEFIT FUNDS and DEAN LICHT
and LOYAL O'LEARY,
in their capacity as Trustees of THE FUNDS,

        Plaintiffs,

        vs.        Case No. 08-C-0085C

DAN NOVAK ELECTRIC, LLC,

        Defendant.

ORDER FOR JUDGMENT

A motion for default judgment with supporting pleadings having being brought by the plaintiffs in the above-captioned action were submitted to the court and filed with the Clerk.

The court, having duly heard all issues and a decision having been duly rendered, orders as follows:

    1.    Defendant Dan Novak Electric, LLC has failed to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure and controlling case law in the Seventh Circuit.

    2.    Defendant Dan Novak Electric, LLC violated the Labor Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security

REINHART\2317654

Act of 1974, as amended, and the effective collective bargaining agreement by failing to pay fringe benefit contributions on behalf of its employees to the plaintiff Funds on a timely basis and failing to submit monthly remittance reports to the plaintiff Funds.

3. The court assesses damages, consisting of delinquent contributions, interest, liquidated damages, attorney fees and costs, to the plaintiffs at this time in the sum of $13,415.48.

**IT IS HEREBY ORDERED**:

That the Clerk of Court is directed to enter judgment in favor of plaintiffs Wisconsin Electrical Employees Benefit Funds and Dean Licht and Loyal O'Leary, in their capacity as Trustees of The Funds, and against defendant Dan Novak Electric, LLC in the amount of $13,415.48.

Dated this 18th day of June, 2008.

Barbara B. Crabb
U.S. DISTRICT JUDGE

Judgment entered this 18TH day of June, 2008.

By: L. Jensen, Deputy Clerk
THERESA M. OWENS, CLERK OF COURT